RECEIVED
NOV - 1 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
DEC 19 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| CRAIG JAMES FRANCOIS, SR. | CIVIL ACTION NO. 05-0719-LO |
| VS. | SECTION P |
| STATE OF LOUISIANA, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted and for seeking monetary relief against defendants who are immune from such relief in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii) and 28 U.S.C. § 1915A(b)(1) and (2).

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 19 day of December, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE